# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America <br> v. <br> Tania Melissa HERNANDEZ-Coutino <br> Maria Luisa HERNANDEZ-Alanis <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )   Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  09/04/2022  in the county of  Webb  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C 841 (a) (1) and 846 | knowingly and intentionally possess with the intent to distrubute a controlled substance listed under Schedule I of the Controlled Substance Act, to wit, approximtely .98 kilograms of heroin. The defendants conspired to possess with intent to distribute the aforementioned heroin. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

/S/
*Complainant's signature*

Special Agent Alejandro Aguilar
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/04/2022

*Judge's signature*

City and state:  Laredo, Texas    Diana Song Quiroga, U.S Magistrate Judge
*Printed name and title*

# ATTACHMENT

On September 4, 2022, Customs and Border Patrol (CBP) Agents were workings their assigned duties at the Juarez Lincoln Port of Entry in Laredo, Texas. At approximately 10:59 a.m., a black Chevy Aveo passenger vehicle approached the primary inspection lane at the Juarez Lincoln Port of Entry in Laredo, Texas.

CBP Agents conducted an immigration inspection and identified the driver of the black Chevy Aveo as Maria Luisa HERNANDEZ-Alanis and passenger Tania Melissa HERNANDEZ-Coutino. CBP Agents directed HERNANDEZ-Alanis to secondary for further inspection.

At secondary, CBP Agents discovered two (2) bundles wrapped in tape each concealed within a potato chip bag. The potato chip bags were inside of HERNANDEZ-Coutino's personal bag. CBP Agents conducted a drug field test that resulted positive for heroin with a total approximate weight of .98 kilograms.

On September 4, 2022, at approximately 11:52 a.m., Drug Enforcement Administration (DEA) Special Agents responded to the Juarez Lincoln Port of Entry to interview HERNANDEZ-Alanis and HERNANDEZ-Coutino. During the interview, HERNANDEZ-Alanis stated that she and HERNANDEZ-Coutino were going to get paid $300 US Dollars to transport the drugs from Monterrey Nuevo Leon, Mexico to Laredo, Texas.

At the conclusion of the interview, HERNANDEZ-Alanis and HERNANDEZ-Coutino were transported to the Webb County Jail, where they were turned over to the facility pending their initial appearance with the US Magistrate Judge.